**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

STEVEN BURDA,

               Petitioner

        v.

ALLA KORENMAN F/K/A ALLA BURDA,

               Respondent

: No. 360 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2014, the Petition for Allowance of Appeal and the Application for Leave of Court to File Post-Submission Communication are **DENIED**.